Anthony N. DeMaria, # 177894
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:       (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JC PENNEY CORPORATION, INC, (Incorrectly sued herein as "JCPENNEY")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELORY CASTILLO,<br><br>           Plaintiff,<br><br>v.<br><br>JCPENNEY, and DOES 1 to 20,<br><br>           Defendant. | Case No.  1:09-CV-01899-OWW-JLT<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DATES** |

Plaintiff MELORY CASTILLO, by and through her attorney of record Craig Johnson of the Law Office of Craig E Johnson, and Defendant JC PENNEY CORPORATION, INC, (Incorrectly sued herein as "JCPENNEY"), by and through their counsel of record Anthony N. DeMaria of McCormick, Barstow, Sheppard, Wayte and Carruth LLP, agree and stipulate as follows,

1. WHEREAS, pursuant to the Court's March 11, 2010 Scheduling Conference Order, expert disclosures are presently due September 15, 2010, and discovery is scheduled to close November 15, 2010;

2. WHEREAS, the parties are continuing to actively engage in settlement negotiations and discussions in this matter, and intend to continue to engage in settlement negotiations and alternative dispute mechanisms in an attempt to resolve this matter without the assistance

of the court;

3. WHEREAS, based on the foregoing, and in the interest of economy and fairness, good cause exists to continue the date for expert disclosures, and discovery, and all dates associated therewith, for thirty (30) days in order to allow the parties an opportunity to continue to engage in settlement discussions in an effort to resolve this matter short of trial;

4. IT IS THEREFORE STIPULATED AND AGREED by, between and among the parties, and their attorneys of record, that expert disclosures, currently due September 15, 2010, and discovery, currently scheduled to close November 15, 2010, and all dates associated therewith, be continued to for thirty (30) days.

IT IS SO STIPULATED.

Dated: September 15, 2010                         THE BECKER LAW FIRM

By:     /s/ Craig Johnson
            Craig Johnson
       Attorneys for Plaintiff
         MELORY CASTILLO

Dated: September 15, 2010                         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   /s/ Marisa Balch (for Anthony DeMaria)
          Anthony N. DeMaria
        Attorneys for Defendants
      MCSWAIN UNION ELEMENTARY
     SCHOOL DISTRICT; TERRIE ROHRER;
        C.W. SMITH, and MARTHA
                HERNANDEZ

NO FURTHER CONTINUANCES

03664/00312-1618872.v1                           2

STIPULATION AND ORDER FOR CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DATES

1
2
3
4   IT IS SO ORDERED.
5   Dated:   **September 16, 2010**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

03664/00312-1618872.v1                            3

STIPULATION AND ORDER FOR CONTINUANCE OF EXPERT DISCLOSURE AND DISCOVERY DATES