Anthony N. DeMaria, # 177894
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JC PENNEY CORPORATION, INC, (Incorrectly sued herein as "JCPENNEY")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELORY CASTILLO,<br><br>           Plaintiff,<br><br>v.<br><br>JCPENNEY, and DOES 1 to 20,<br><br>           Defendant. | Case No.  1:09-CV-01899-OWW-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that plaintiff's complaint may be dismissed with prejudice.

Dated: November 24, 2010

                                          McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP


                                      By:       /s/ Anthony N. DeMaria
                                            Anthony N. DeMaria
                                          Attorneys for Defendant
                                     JC PENNEY CORPORATION, INC.
                         (Incorrectly sued herein as "JCPENNEY")

03664/00312-1641826.v1

Dated: November 22, 2010

By: /s/ Craig Johnson
Craig Johnson
Attorneys for Plaintiff
MELORY CASTILLO

IT IS HEREBY ORDERED that, based upon the stipulation of the parties to dismiss this action with prejudice, the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **November 24, 2010**   **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE